## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **MARIA PEREZ CAAL,** §<br>§<br>*Petitioner,* §<br>§<br>**v.** §<br>§<br>**MARY ANDA-YBARRA, in her official** §<br>**capacity as Field Office Director, El Paso** §<br>**Field Office, U.S. Immigration and** §<br>**Customs Enforcement; MARTIN** §<br>**SARELLANO JR., in his official capacity** §<br>**as Assistant Field Office Director, El Paso** §<br>**Field Office, U.S. Immigration and** §<br>**Customs Enforcement; U.S.** §<br>**IMMIGRATION AND CUSTOMS** §<br>**ENFORCEMENT AGENCY; TODD M.** §<br>**LYONS, in his official capacity as Acting** §<br>**Director, U.S. Immigration and Customs** §<br>**Enforcement; THOMAS HOMAN, in his** §<br>**official capacity as White House Border** §<br>**Czar; and KRISTI NOEM, in her official** §<br>**capacity as Secretary, U.S. Department of** §<br>**Homeland Security,** §<br>§<br>*Respondents.* § | No. 3:25-CV-00153-LS |

## <u>ORDER</u>

Petitioner challenges her continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] The Court finds good cause to delay any order for a hearing on this matter until Petitioner clarifies her claims.[2]

By **June 6, 2025**, Petitioner must delineate (1) the particular constitutional provision, federal law, or treaty Respondents violated; and (2) for each such provision, law, or treaty, the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

particular facts bearing out any claimed violation. This supplemental pleading is limited to three pages. The parties can anticipate an order from the Court for proposed findings of fact and conclusions of law if necessary to resolve the matter.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 30, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**