# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **MARIA PEREZ CAAL,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| **MARY ANDA-YBARRA**, in her official capacity as Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement; **MARTIN SARELLANO JR.**, in his official capacity as Assistant Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY**; **TODD M. LYONS**, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; **THOMAS HOMAN**, in his official capacity as White House Border Czar; and **KRISTI NOEM**, in her official capacity as Secretary, U.S. Department of Homeland Security, | § § § § § § § § § § § § § § § § § § | No. 3:25-CV-00153-LS |
| *Respondents*. | § | |

## ORDER FOR BRIEFING

The parties shall advise the Court whether Petitioner remains in "immigration detention" in the El Paso Division of the Western District of Texas, and if not, whether this case must be dismissed.

**SIGNED** and **ENTERED** on June 20, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**