# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **MARIA PEREZ CAAL,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARY ANDA-YBARRA, in her official** | § | |
| **capacity as Field Office Director, El Paso** | § | |
| **Field Office, U.S. Immigration and** | § | |
| **Customs Enforcement; MARTIN** | § | |
| **SARELLANO JR., in his official capacity** | § | **No.  3:25-CV-00153-LS** |
| **as Assistant Field Office Director, El Paso** | § | |
| **Field Office, U.S. Immigration and** | § | |
| **Customs Enforcement; U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT AGENCY; TODD M.** | § | |
| **LYONS, in his official capacity as Acting** | § | |
| **Director, U.S. Immigration and Customs** | § | |
| **Enforcement; THOMAS HOMAN, in his** | § | |
| **official capacity as White House Border** | § | |
| **Czar; and KRISTI NOEM, in her official** | § | |
| **capacity as Secretary, U.S. Department of** | § | |
| **Homeland Security,** | § | |
| | § | |
| *Respondents*. | § | |

## <u>FINAL JUDGMENT</u>

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court

enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the

case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 26, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**